# United States District Court
## Northern District of New York

**JUDGMENT IN A CIVIL CASE**

```
U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 1 0 2005
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse
```

CURTIS B. GRIFFIN, JR.,

      Plaintiff,

V.          CASE NUMBER:   9:05-CV-0105

THOMAS RICKS; K. TRIMM;
JANE DOE, R.N.; JANE DOE;
R. GRIFFIN; JOHN DOE; GLENN
S. GOORD; DEPUTY SUPT. LACLAIR;
JOHN DOE 1-7,

      Defendants.

[ ]    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x]    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of defendants and against plaintiff for plaintiff's failure to comply with the Order of District Judge Lawrence E. Kahn, filed on February 2, 2005.

June 10, 2005                             **LAWRENCE K. BAERMAN**
DATE                                        CLERK

                                                  /s/ Nancy A. Stewood
                                                  (BY) DEPUTY CLERK

ENTERED ON DOCKET
6/10/05    ras
  date      by